Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 17−24875−RG
    Chapter: 13
    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Arlene Davis
   119 Gaston Ave
   Garfield, NJ 07026

Social Security No.:
   xxx−xx−3030

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/20/19 at 10:00 AM

to consider and act upon the following:

*72* − Objection to (related document:70 Application for Extension of Loss Mitigation Period. Filed by Harvey I. Marcus on behalf of Arlene Davis. Objection deadline is 2/14/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Arlene Davis) filed by William M.E. Powers on behalf of The Bank of New York Mellon, fka The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset−Backed Certificates, Series 2007−8. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Certificate of Service) (Powers, William)

Dated: 2/15/19

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court