Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−24875−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Arlene Davis
   119 Gaston Ave
   Garfield, NJ 07026

Social Security No.:
   xxx−xx−3030

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/20/19 at 10:00 AM

to consider and act upon the following:

*72* − Objection to (related document:70 Application for Extension of Loss Mitigation Period. Filed by Harvey I. Marcus on behalf of Arlene Davis. Objection deadline is 2/14/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Arlene Davis) filed by William M.E. Powers on behalf of The Bank of New York Mellon, fka The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset−Backed Certificates, Series 2007−8. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Certificate of Service) (Powers, William)

Dated: 2/15/19

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Arlene Davis  
    Debtor

Case No. 17-24875-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin    Page 1 of 1    Date Rcvd: Feb 15, 2019  
                   Form ID: ntchrgbk    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2019.  
db         +Arlene Davis,   119 Gaston Ave,   Garfield, NJ 07026-1207  
cr         +Thrift Investment Corp.,   720 King George Post Road,   Fords, NJ 08863-1985

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr         +E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2019 01:16:14  
             Synchrony Bank c/o PRA Receivables Management, LLC,   PO BOX 41021,   Norfolk, VA 23541-1021  
                                                                                                                           TOTAL: 1

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2019                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2019 at the address(es) listed below:  
         Harvey I. Marcus    on behalf of Debtor Arlene   Davis him@lawmarcus.com  
         John R. Morton, Jr.    on behalf of Creditor    Thrift Investment Corp. ecfmail@mortoncraig.com,  
          mortoncraigecf@gmail.com  
         Laura M. Egerman    on behalf of Creditor    The Bank of New York Mellon, fka The Bank of New York,  
          as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series  
          2007-8 bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com  
         Marie-Ann   Greenberg     magecf@magtrustee.com  
         Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon, fka The Bank of New  
          York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates,  
          Series 2007-8 rsolarz@kmllawgroup.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
         William M.E. Powers    on behalf of Creditor    The Bank of New York Mellon, fka The Bank of New  
          York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates,  
          Series 2007-8 ecf@powerskirn.com  
         William M.E. Powers, III    on behalf of Creditor    The Bank of New York Mellon, fka The Bank of  
          New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates,  
          Series 2007-8 ecf@powerskirn.com  
                                                                                                                           TOTAL: 8