Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−24875−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Arlene Davis
   119 Gaston Ave
   Garfield, NJ 07026

Social Security No.:
   xxx−xx−3030

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/20/19 at 10:00 AM

to consider and act upon the following:

*71* − Certification in Opposition to (related document:68 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 2/19/2019. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by Harvey I. Marcus on behalf of Arlene Davis. (Marcus, Harvey)

Dated: 2/15/19

                                               Jeanne Naughton
                                               Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                           Case No. 17-24875-RG
Arlene Davis                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Feb 15, 2019
                              Form ID: ntchrgbk        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2019.
db          +Arlene Davis,    119 Gaston Ave,    Garfield, NJ 07026-1207
cr          +Thrift Investment Corp.,    720 King George Post Road,    Fords, NJ 08863-1985

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2019 01:15:31
             Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
                                                                                           TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 15, 2019 at the address(es) listed below:
              Harvey I. Marcus    on behalf of Debtor Arlene  Davis him@lawmarcus.com
              John R. Morton, Jr.    on behalf of Creditor    Thrift Investment Corp. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Laura M. Egerman    on behalf of Creditor    The Bank of New York Mellon, fka The Bank of New York,
               as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
               2007-8 bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann  Greenberg     magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon, fka The Bank of New
               York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates,
               Series 2007-8 rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    The Bank of New York Mellon, fka The Bank of New
               York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates,
               Series 2007-8 ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    The Bank of New York Mellon, fka The Bank of
               New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates,
               Series 2007-8 ecf@powerskirn.com
                                                                                             TOTAL: 8