| |
|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** |
| **Marie-Ann Greenberg, MAG-1284** <br> **Marie-Ann Greenberg, Standing Trustee** <br> **30 TWO BRIDGES ROAD** <br> **SUITE 330** <br> **FAIRFIELD, NJ  07004-1550** <br> **973-227-2840** <br> **Chapter 13 Standing Trustee** |
| IN RE: <br>     ARLENE DAVIS |

Order Filed on March 22, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.:  17-24875 RG

Hearing Date:  3/20/2019

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: March 22, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): ARLENE DAVIS

Case No.: 17-24875

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 03/20/2019 on notice to HARVEY I. MARCUS ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file modified plan by 3/27/2019 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that a Modified Plan has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.

United States Bankruptcy Court
District of New Jersey

In re:  
Arlene Davis  
    Debtor

Case No. 17-24875-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Mar 22, 2019  
                          Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2019.  
db          +Arlene Davis,    119 Gaston Ave,    Garfield, NJ 07026-1207

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2019 at the address(es) listed below:
         Harvey I. Marcus    on behalf of Debtor Arlene  Davis him@lawmarcus.com
         John R. Morton, Jr.    on behalf of Creditor    Thrift Investment Corp. ecfmail@mortoncraig.com,
         mortoncraigecf@gmail.com
         Laura M. Egerman    on behalf of Creditor    The Bank of New York Mellon, fka The Bank of New York,
         as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
         2007-8 bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
         Marie-Ann  Greenberg    magecf@magtrustee.com
         Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon, fka The Bank of New
         York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates,
         Series 2007-8 rsolarz@kmllawgroup.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
         William M.E. Powers    on behalf of Creditor    The Bank of New York Mellon, fka The Bank of New
         York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates,
         Series 2007-8 ecf@powerskirn.com
         William M.E. Powers, III    on behalf of Creditor    The Bank of New York Mellon, fka The Bank of
         New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates,
         Series 2007-8 ecf@powerskirn.com
                                                                                                                    TOTAL: 8