Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 17−24875−RG
    Chapter: 13
    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Arlene Davis
   119 Gaston Ave
   Garfield, NJ 07026

Social Security No.:
   xxx−xx−3030

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/27/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 27, 2019
JAN: slm

                                Jeanne Naughton
                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-24875-RG
Arlene Davis                                                          Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Mar 27, 2019
                              Form ID: 148             Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2019.
```
db         +Arlene Davis,    119 Gaston Ave,    Garfield, NJ 07026-1207
516958225  +1st Crd Srvc,    377 Hoes Lane,    Piscataway, NJ 08854-4138
517035944  +A A Action Collection Co., Inc,    29 Columbia Turnpike, Suite 302,
            Florham Park, NJ 07932-2240
516958226  +Aa Action Collection,    29 Columbia Tpke Ste 303,    Florham Park, NJ 07932-2240
516958228  +AmeriFinancial Solutions. Llc,    Po Box 65018,    Baltimore, MD 21264-5018
517028565  +BONY as trustee of CWABS, Inc. Series 2007-8,    Shellpoint Mortgage Servicing,    PO BOX 10826,
            Greenville, SC 29603-0826
516958236   First Premier Bank,    601 S Minneaplois Ave,    Dious FDalls, SD 57104
516958237  +First Savings Credit Card,    Po Box 5019,    Sioux Falls, SD 57117-5019
516958240  +LVNV Funding LLC,    200 Meeting St, Ste 206,    Charleston, SC 29401-3187
516958242   Shellpoint Mortgage Servicing,    PO Box 51850,    Livonia, MI 48151-5850
517965710  +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    130 Clinton Road, Suite 202,
            Fairfield, NJ 07004-2927
516958246  +Thrift Investment Corp,    720 King George Post Rd,    Fords, NJ 08863-1985
517031946  +Thrift Investment Corporation,    720 King George's Post Rd, PO Box 538,    Fords, NJ 08863-0538
516958247  +Velocity Investments, LLC,    1800 State Route 34, Suite 404A,    Belmar, NJ 07719-9147
516958248  +Wayne Surgical Center LLC,    1176 Hamburg Tpke,    Wayne, NJ 07470-5070
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Mar 27 2019 23:45:23     U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 27 2019 23:45:19     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
516958227   EDI: HNDA.COM Mar 28 2019 03:08:00      American Honda Finance,    Po Box 168088,
             Irving, TX 75016
516972547   EDI: HNDA.COM Mar 28 2019 03:08:00      American Honda Finance Corporation,
             National Bankruptcy Center,    P.O. Box 168088,    Irving, TX 75016-8088
516958229  +EDI: TSYS2.COM Mar 28 2019 03:08:00      Barclays Bank Delaware,    100 S West St,
             Wilmington, DE 19801-5015
516958231   EDI: CAPITALONE.COM Mar 28 2019 03:08:00      Capital One,    15000 Capital One Dr,
             Richmond, VA 23238
516958230  +EDI: CAPITALONE.COM Mar 28 2019 03:08:00      Capital One,    Attn: Bankruptcy,    Po Box 30253,
             Salt Lake City, UT 84130-0253
517013617   EDI: BL-BECKET.COM Mar 28 2019 03:08:00      Capital One, N.A.,    c/o Becket and Lee LLP,
             PO Box 3001,    Malvern PA 19355-0701
516958232  +EDI: CHASE.COM Mar 28 2019 03:08:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
516958233  +EDI: WFNNB.COM Mar 28 2019 03:08:00      Comenity Bank/Victoria Secret,    Attn: Bankruptcy,
             Po Box 182125,    Columbus, OH 43218-2125
516958234  +EDI: RCSFNBMARIN.COM Mar 28 2019 03:08:00      Credit One Bank Na,    Po Box 98873,
             Las Vegas, NV 89193-8873
516958235  +EDI: NAVIENTFKASMDOE.COM Mar 28 2019 03:08:00      Dept Of Ed/Navient,    Attn: Claims Dept,
             P.O. Box 9635,    Wilkes Barr, PA 18773-9635
516958238  +EDI: CBSKOHLS.COM Mar 28 2019 03:08:00      Kohls/Capital One,    Kohls Credit,    Po Box 3043,
             Milwaukee, WI 53201-3043
516958238  +E-mail/Text: bncnotices@becket-lee.com Mar 27 2019 23:44:23     Kohls/Capital One,
             Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
516958239  +EDI: RESURGENT.COM Mar 28 2019 03:08:00      LVNV Funding,    Po Box 10497,
             Greenville, SC 29603-0497
517149173   EDI: RESURGENT.COM Mar 28 2019 03:08:00      LVNV Funding, LLC its successors and assigns as,
             assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
             Greenville, SC 29603-0587
517149515   EDI: RESURGENT.COM Mar 28 2019 03:08:00      LVNV Funding, LLC its successors and assigns as,
             assignee of Santander Consumer USA,    Resurgent Capital Services,    PO Box 10587,
             Greenville, SC 29603-0587
517164585  +EDI: MID8.COM Mar 28 2019 03:08:00      Midland Funding LLC,    PO Box 2011,
             Warren, MI 48090-2011
517125743   EDI: NAVIENTFKASMSERV.COM Mar 28 2019 03:08:00      Navient Solutions, LLC. on behalf of,
             Department of Education Loan Services,    PO BOX 9635,    Wilkes-Barre, PA 18773-9635
517113687   EDI: PRA.COM Mar 28 2019 03:08:00      Portfolio Recovery Associates, LLC,    c/o Barclaycard,
             POB 41067,    Norfolk VA 23541
517090398   EDI: PRA.COM Mar 28 2019 03:08:00      Portfolio Recovery Associates, LLC,
             c/o Rcs Direct Marketing/Household Bank,    POB 41067,    Norfolk VA 23541
517094445   EDI: PRA.COM Mar 28 2019 03:08:00      Portfolio Recovery Associates, LLC,
             c/o Victorias Secret,    POB 41067,    Norfolk VA 23541
516958241  +E-mail/Text: bankruptcypgl@plaingreenloans.com Mar 27 2019 23:45:51     Plain Green Loans,
             93 Mack Rd   Ste 600,    Po Box 270,    Box Elder, MT 59521-0270
517126333  +EDI: JEFFERSONCAP.COM Mar 28 2019 03:08:00      Premier Bankcard, Llc,
             Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
516960891  +EDI: RMSC.COM Mar 28 2019 03:08:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
             PO Box 41021,    Norfolk, VA 23541-1021
517223124  +EDI: RMSC.COM Mar 28 2019 03:08:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
             PO Box 41021,    Norfolk VA 23541-1021
```

```
District/off: 0312-2          User: admin              Page 2 of 2                   Date Rcvd: Mar 27, 2019
                              Form ID: 148             Total Noticed: 45


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516958243      +EDI: RMSC.COM Mar 28 2019 03:08:00      Synchrony Bank/Lowes,    Attn: Bankruptcy,
                 Po Box 956060,    Orlando, FL 32896-0001
516958244      +EDI: RMSC.COM Mar 28 2019 03:08:00      Synchrony Bank/TJX,    Attn: Bankruptcy,    Po Box 956060,
                 Orlando, FL 32896-0001
517212976      +E-mail/Text: bncmail@w-legal.com Mar 27 2019 23:45:31      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516958245      +EDI: WTRRNBANK.COM Mar 28 2019 03:08:00      Target,    C/O Financial & Retail Srvs,
                 Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
517375113       EDI: ECAST.COM Mar 28 2019 03:08:00      eCAST Settlement Corporation,    PO Box 29262,
                 New York NY 10087-9262
                                                                                              TOTAL: 31

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
cr*            +Thrift Investment Corp.,    720 King George Post Road,    Fords, NJ 08863-1985
517375114*      eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262
                                                                                 TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2019 at the address(es) listed below:
              Harvey I. Marcus    on behalf of Debtor Arlene  Davis him@lawmarcus.com
              John R. Morton, Jr.    on behalf of Creditor    Thrift Investment Corp. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Laura M. Egerman    on behalf of Creditor    The Bank of New York Mellon, fka The Bank of New York,
               as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
               2007-8 bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon, fka The Bank of New
               York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates,
               Series 2007-8 rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    The Bank of New York Mellon, fka The Bank of New
               York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates,
               Series 2007-8 ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    The Bank of New York Mellon, fka The Bank of
               New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates,
               Series 2007-8 ecf@powerskirn.com
                                                                                              TOTAL: 8
```