UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

    ARLENE DAVIS

Order Filed on March 27, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:	17-24875 RG

Chapter:	13

## ORDER OF DISMISSAL

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: March 27, 2019

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor(s): ARLENE DAVIS

Case No.: 17-24875

Caption of Order: Order of Dismissal

---

Upon the Debtor's failure to comply with the order entered on 03/22/2019 and for good cause shown, it is

ORDERED that this case is dismissed and any discharge that was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order.

Pursuant to Fed. R. Bankr.P.2002(f), the Clerk shall notify all parties in interest of the entry of this order.

Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Arlene Davis  
    Debtor

Case No. 17-24875-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Mar 27, 2019  
                         Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2019.  
db          +Arlene Davis,    119 Gaston Ave,    Garfield, NJ 07026-1207

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2019                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2019 at the address(es) listed below:  
         Harvey I. Marcus    on behalf of Debtor Arlene  Davis him@lawmarcus.com  
         John R. Morton, Jr.    on behalf of Creditor    Thrift Investment Corp. ecfmail@mortoncraig.com,  
          mortoncraigecf@gmail.com  
         Laura M. Egerman    on behalf of Creditor    The Bank of New York Mellon, fka The Bank of New York,  
          as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series  
          2007-8 bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com  
         Marie-Ann  Greenberg    magecf@magtrustee.com  
         Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon, fka The Bank of New  
          York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates,  
          Series 2007-8 rsolarz@kmllawgroup.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
         William M.E. Powers    on behalf of Creditor    The Bank of New York Mellon, fka The Bank of New  
          York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates,  
          Series 2007-8 ecf@powerskirn.com  
         William M.E. Powers, III    on behalf of Creditor    The Bank of New York Mellon, fka The Bank of  
          New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates,  
          Series 2007-8 ecf@powerskirn.com  
                                                                                                            TOTAL: 8